IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RODERICK TRICE, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 2387 |
| | ) | |
| v. | ) | |
| | ) | Judge Lefkow |
| TISDALE, et al., | ) | |
| | ) | Magistrate Judge Schenkier |
| Defendants. | ) | |

**DEFENDANT CITY OF CHICAGO'S AGREED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Defendant City of Chicago (the "City"), by its attorney, Mara S. Georges, Corporation Counsel for the City of Chicago, moves for an extension of time up to and including July 18, 2008, to answer or otherwise plead to plaintiff's Complaint. In support of this motion, the City states as follows:

1. On April 26, 2008, plaintiff filed the current action, alleging constitutional violations against multiple defendants, including the City.

2. Plaintiff's Complaint and summons were served on the City on June 9, 2008. The City is due to answer or otherwise plead by June 30, 2008.

3. Undersigned counsel was assigned this matter on June 18, 2008.

4. Counsel for the City has not yet begun the process of investigating the allegations in plaintiff's Complaint.

5. Therefore, counsel for the City requests an extension of time to July 18, 2008, to answer or otherwise plead to plaintiff's Complaint.

6. Undersigned counsel called plaintiff's counsel on June 19, 2008 to inform them of this motion. Plaintiff's counsel has no objection.

7. This motion is the City's first request for an extension of time to answer or otherwise plead. This request is not made for the purpose of delay or for any other improper purpose.

WHEREFORE, the City respectfully requests that this Court grant it an extension of time

up to an including July 18, 2008, to answer or otherwise plead to plaintiff's complaint.

                                      Respectfully submitted,

                                      MARA S. GEORGES
                                      CORPORATION COUNSEL

                        BY:    /s/ Helen C. Gibbons
                                      HELEN C. GIBBONS
                                      Assistant Corporation Counsel

City of Chicago, Department of Law
30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 742-3541 Phone
(312) 744-3989 Fax
Attorney No. 6292881

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have caused true and correct copies of the above and foregoing Motion and Notice of Motion to be served upon all parties of record pursuant to ECF, in accordance with the rules of electronic filing of documents, on this 19th day of June, 2008.

                                  /s/ Helen C. Gibbons
                                  HELEN C. GIBBONS