IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RODERICK TRICE, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 2387 |
| | ) | |
| v. | ) | |
| | ) | Judge Lefkow |
| TISDALE, et al., | ) | |
| | ) | Magistrate Judge Schenkier |
| Defendants. | ) | |

### NOTICE OF MOTION

To:   All Parties of Record

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT CITY OF CHICAGO'S AGREED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**, a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Lefkow, or before such other Judge sitting in her place or stead, on the 24th day of June, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard and present the attached motion.

**DATED** at Chicago, Illinois this 19th day of June 2008.

                                            MARA S. GEORGES
                                            CORPORATION COUNSEL
                                            CITY OF CHICAGO

                              BY:   /s/ Helen C. Gibbons

| | |
|---|---|
| City of Chicago, Department of Law | HELEN C. GIBBONS |
| 30 North LaSalle Street, Suite 1020 | Assistant Corporation Counsel |
| Chicago, Illinois  60602 | Attorney for Defendant City |
| (312) 742-3541 | |