171-064240                               DJO/tls
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RODERICK TRICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  08 CV 2387 |
| | ) | |
| SECURITY GUARD TISDALE, MILTON | ) | |
| REED, EASTLAKE MANAGEMENT | ) | |
| GROUP, INC., UNKNOWN CHICAGO | ) | |
| POLICE OFFICERS, and the CITY OF | ) | |
| CHICAGO, | ) | |
| | ) | |
| Defendants. | ) | |

## CORPORATE DISCLOSURE STATEMENT
## OF
## EASTLAKE MANAGEMENT GROUP, INC

Pursuant to Fed.R.Civ.P. 7.1 and Local Rule 3.2 of the United States District Court for the

Northern District of Illinois, Defendant EASTLAKE MANAGEMENT GROUP, INC, by its

attorneys, Pretzel; & Stouffer, Chartered, hereby discloses that EASTLAKE MANAGEMENT

GROUP, INC is wholly owned by Eastlake Management and Development Corp.

Respectfully submitted,

PRETZEL & STOUFFER, CHARTERED

By:_____/s/_____
                    Donald J. O'Meara, Jr.

One South Wacker Drive
Suite 2500
Chicago, Illinois 60606
Tel: (312) 346-1973

## CERTIFICATE OF SERVICE

A copy of Defendants' Corporate Disclosure Statement was filed electronically this 25th day of June, 2008. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the court's electronic system.

ATTORNEY FOR PLAINTIFF
Blake Horwitz
Abbas Badruddin Merchant
Horwitz, Richardson & Baker, LLC
20 S. Clark Street, Suite 500
Chicago, Illinois 60603
312/676-2100
Fax: 312/372-7076
bhorwitz@hrbattorneys.com
amerchant@hrbattorneys.com

ATTORNEY FOR CITY OF CHICAGO
Helen Catherine Gibbons
City of Chicago (30 N LS)
30 North LaSalle Street
Chicago, IL 60602
312 744 5100
helen.gibbons@cityofchicago.org

/s/Donald J. O'Meara, Jr.
PRETZEL & STOUFFER, CHARTERED
One S. Wacker Drive
Suite 2500
Chicago, IL 60606
Telephone: (312) 578-7485
Fax: (312) 346-8242
Domeara@pretzel-stouffer.com
Attorneys for Defendants Milton Reed and Eastlake Management Group, Inc.