U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 CV 2387 |
|---|---|
| Roderick Trice v. Milton Reed, Eastlake Management Group, Inc., et al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Nehemia Tisdale

| NAME (Type or print) |  |
|---|---|
| Donald J. O'Meara, Jr. |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ Donald J. O'Meara, Jr. |  |
| FIRM |  |
| Pretzel & Stouffer, Chartered |  |
| STREET ADDRESS |  |
| 1 S. Wacker Drive, Suite 2500 |  |
| CITY/STATE/ZIP |  |
| Chicago, Illinois 60606 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6207404 | (312) 346-1973 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

      A copy of Defendants' Appearance was filed electronically this 8th day of July, 2008. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the court's electronic system.

ATTORNEY FOR PLAINTIFF
Blake Horwitz
Abbas Badruddin Merchant
Horwitz, Richardson & Baker, LLC
20 S. Clark Street, Suite 500
Chicago, Illinois 60603
312/676-2100
Fax: 312/372-7076
bhorwitz@hrbattorneys.com
amerchant@hrbattorneys.com

ATTORNEY FOR CITY OF CHICAGO
Helen Catherine Gibbons
City of Chicago (30 N LS)
30 North LaSalle Street
Chicago, IL 60602
312 744 5100
helen.gibbons@cityofchicago.org

      /s/Donald J. O'Meara, Jr.
      PRETZEL & STOUFFER, CHARTERED
      One S. Wacker Drive
      Suite 2500
      Chicago, IL 60606
      Telephone: (312) 578-7485
      Fax: (312) 346-8242
      Domeara@pretzel-stouffer.com
      Attorneys for Defendants Milton Reed and
      Eastlake Management Group, Inc.