IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RODERICK TRICE, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 2387 |
| | ) | |
| v. | ) | |
| | ) | Judge Lefkow |
| TISDALE, et al., | ) | |
| | ) | Magistrate Judge Schenkier |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   All Parties of Record

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT CITY OF CHICAGO'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**, a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Lefkow, or before such other Judge sitting in her place or stead, on the 24th day of July, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard and present the attached motion.

**DATED** at Chicago, Illinois this 18th day of July 2008.

                                MARA S. GEORGES
                                CORPORATION COUNSEL
                                CITY OF CHICAGO

                       BY:   /s/ Helen C. Gibbons

City of Chicago, Department of Law     HELEN C. GIBBONS
30 North LaSalle Street, Suite 1020       Assistant Corporation Counsel
Chicago, Illinois  60602                         Attorney for Defendant City
(312) 742-3541