**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division**

Roderick Trice
                Plaintiff,

v.
                                        Case No.: 1:08−cv−02387
                                        Honorable Joan H. Lefkow

Tisdale, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 24, 2008:

      MINUTE entry before the Honorable Joan H. Lefkow:Motion hearing held on 7/24/2008. Defendants' motion to dismiss [17] is denied without prejudice. Plaintiff is given leave to file first amended complaint by 8/7/2008. Status hearing held on 7/24/2008 and continued to 9/25/2008 at 09:30 AM for scheduling conference and for parties to report on the possibility of settlement.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.