AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RODERICK TRICE,<br><br>    Plaintiff,<br><br>v.<br><br>SECURITY GUARD TISDALE, MILTON REED, EASTLAKE MANAGEMENT GROUP, INC., UNKNOWN CHICAGO POLICE OFFICERS, and the CITY OF CHICAGO,<br><br>    Defendants. | No. 08 CV 2387<br><br>Judge Lefkow<br>Magistrate Judge Schenkier |

To: CITY OF CHICAGO
C/o City Clerk
121 N. LaSalle, Room 107
Chicago, IL  60601

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HORWITZ, RICHARDSON & BAKER LLC
20 S. Clark St. Suite 500
Chicago, IL 60603
Ph (312) 676-2100

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____            _____
(By) Deputy Clerk                                                              Date


**Michael W. Dobbins, Clerk**

*Nadine Hirley* (signature)

-------------------------------            -------------------------------
(By) DEPUTY CLERK                                                        June 5, 2008
                                                                                            Date

08 CV 2387

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | Date  6/6/08 |
| NAME OF SERVER (PRINT)  Dan Corbett | TITLE  Investigator |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: City of Chicago c/o City Clerk Nancy Niminski
6/6/08  3:05 PM   121 N. LaSalle Room 107 Chicago, IL 60601

☐ Left Copies thereof at the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of Person with whom the summons and complaint were left: _____

☐ Return unexecuted: _____

☐ Other specify: _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES  $5.00 Parking | TOTAL  $5.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on  6/6/08
             Date

Signature of Server  D. Corbett

Address of Server  Metro Service Inc. 4647 W 103rd St. Oak Lawn, IL 60453

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.