AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

RODERICK TRICE,

    Plaintiff,

v.

SECURITY GUARD TISDALE, MILTON REED, EASTLAKE MANAGEMENT GROUP, INC., UNKNOWN CHICAGO POLICE OFFICERS, and the CITY OF CHICAGO,

    Defendants.

No. 08 CV 2387

Judge Lefkow
Magistrate Judge Schenkier

To: East Lake Management Group, Inc.
C/o Elzie L. Higginsbottom
2850 S. Michigan Avenue
Chicago, IL 60616

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HORWITZ, RICHARDSON & BAKER LLC
20 S. Clark St. Suite 500
Chicago, IL 60603
Ph (312) 676-2100

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____        _____
(By) Deputy Clerk                                               Date

**Michael W. Dobbins, Clerk**

*Nadine Shirley* (signature)
-------------------------------------                    **June 5, 2008**
**(By) DEPUTY CLERK**                                     -------------------------------------
                                                                                                                     Date

C8CV2387

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6/6/08 |
| NAME OF SERVER (PRINT) DAN THOMPSON | TITLE INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: EAST LAKE MANAGEMENT INC C/O ELZIE HIGGINSBOTHM (MARGO ALEXANDRA) 2850 S. MICHIGAN CHICAGO ILLINOIS 60616

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/6/08
            Date

Signature of Server

METRO SERVICE, LLC
4647 W 103RD ST SUITE 1E
OAK LAWN ILLINOIS 60453
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.