AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RODERICK TRICE,<br><br>Plaintiff,<br><br>v.<br><br>SECURITY GUARD TISDALE, MILTON REED, EASTLAKE MANAGEMENT GROUP, INC., UNKNOWN CHICAGO POLICE OFFICERS, and the CITY OF CHICAGO,<br><br>Defendants.<br><br>To: Security Guard Tisdale<br>C/o Elzie L. Higginsbottom<br>2850 S. Michigan Avenue<br>Chicago, IL 60616 | No. 08 CV 2387<br><br>Judge Lefkow<br>Magistrate Judge Schenkier |

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HORWITZ, RICHARDSON & BAKER LLC
20 S. Clark St. Suite 500
Chicago, IL 60603
Ph (312) 676-2100

an answer to the complaint which is herewith served upon you, _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____    _____
(By) Deputy Clerk                                                                           Date


**Michael W. Dobbins, Clerk**

*Nadine Girley* (signature)

(By) DEPUTY CLERK



June 5, 2008

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE  6/6/08 |
| NAME OF SERVER (PRINT)  DAL THOMPSON | TITLE  INVESTIGATOR |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Security Guard Tisdaht c/o East Lake Management And Margo Alexander 2850 S. Michigan Chicago Illinois 60616

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/6/06
           Date

Signature of Server

Address of Server:
Metro Service
4647 W 103rd St Suite 1E
Oak Lawn Illinois 60453

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.